**Opinion issued August 7, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00405-CV

————————————

**RAQUEL VEGA CERVANTES MARTINEZ, Appellant**

**V.**

**FAMILY BENEFIT LIFE INSURANCE COMPANY, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1248335**

---

## MEMORANDUM OPINION

Appellant, Raquel Vega Cervantes Martinez, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.941(a), 101.041; Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial

Panel on Multi-District Litigation, Misc. Docket No. 24-9047 (Tex. July 26, 2024).

After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 5, 42.3(b), (c).

Accordingly, we dismiss the appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.